UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chaya Goldmunzer,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>Financial Recovery Services, Inc.,<br><br>　　　　　　　　　Defendant. | Civil Action No.:11 CIV 9253<br><br>ECF Case (DAB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Chaya Goldmunzer, by her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Financial Recovery Services, Inc.

Date: January 25, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Samuel A. Ehrenfeld
　　　　　　　　　　　　　　　　　　　　　　　　　FREDRICK SCHULMAN & ASSOCIATES
　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　　30 East 29th Street
　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　　　　(212) 796-6053